# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1176

_____

Bernard Gerstner, Jr.; Dale Sprague;   *
Ronald Cornelius,   *

                         *

         Appellants,   *

                         *   Appeal from the United States
    v.   *   District Court for the
                         *   Western District of Missouri.

Sebig, LLC; Arlo W. Erickson, in his   *
individual capacity only; Donald   *     [UNPUBLISHED]
Roberts, in his individual capacity only;   *
B. A. Schawinsky, in his individual   *
capacity only; Pat Stewart, in her   *
individual capacity only,   *

                         *

         Appellees.   *

_____

Submitted: June 28, 2011
Filed: July 5, 2011

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

      Bernard Gerstner, Dale Sprague, and Ronald Cornelius (collectively, appellants) previously appealed the dismissal of their civil complaint alleging securities violations. We affirmed the dismissal, except as to their claim based on the sale of unregistered securities under 15 U.S.C. § 77e(a). See Gerstner v. Sebig, LLC, 386 Fed. Appx. 573 (8th Cir. 2010) (unpublished per curiam). They now appeal the

district court's[1] dismissal of the unregistered-securities claim as untimely. After careful review, we agree with the district court that the claim was not timely filed, and conclude that appellants were not entitled to equitable tolling. See 15 U.S.C. § 77*l*(a)(1) (allowing private cause of action for violations of § 77e); 15 U.S.C. § 77m (providing limitations period for actions to enforce liability created under § 77*l*(a)(1)); Firstcom, Inc. v. Qwest Corp., 555 F.3d 669, 674-75 (8th Cir. 2009). We also conclude that the district court did not abuse its discretion in denying appellants' motion for reconsideration. See United States v. Metro. St. Louis Sewer Dist., 440 F.3d 930, 933-34 (8th Cir. 2006).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.